IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,

Plaintiff,

v.

ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., et al.

Defendants,

CASE NO. 2:22-cv-00605

## CONFLICT DISCLOSURE STATEMENT

COMES NOW PLAINTIFF CV1, a Minor Child, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

10/26/2022
Date

/s/ J. Parker Miller
(Signature)

J. Parker Miller
(Counsel's Name)

PLAINTIFF CV1, a Minor Child
Counsel for (print names of all parties)
2389 Paces Ferry Road SE, Suite 400
Atlanta, GA 30339
Address, City, State Zip Code
404-751-1162
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISION

## CERTIFICATE OF SERVICE

I, J. Parker Miller, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail; Process Server; Hague Convention (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 26th day of October 2022, to:

Defendant Rocky Shay Franklin, an individual; Defendant MINDGEEK S.A.R.L., a foreign entity;

Defendant MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; Defendant MG FREESITES II LTD,

a foreign entity; Defendant MINDGEEK USA, INCORPORATED, a Delaware corporation;

Defendant MINDGEEK CONTENT RT LIMITED, a foreign entity;

Defendant 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity;

Defendant MG BILLING LTD, a foreign entity; Defendant MG CY HOLDINGS LTD, a foreign entity

10/26/2022  
Date

/s/ J. Parker Miller  
Signature