MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on | ) |
| *Plaintiff* | ) |
| v. | ) |
| ROCKY SHAY FRANKLIN, an individual; MINDGEE | ) |
| *Defendant* | ) |

Civil Action No.  2:22-cv-00605

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MINDGEEK S.A.R.L.
32, Boulevard Royal
Luxembourg City
L - 2449 Luxembourg

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. PARKER MILLER
Beasley, Allen, Crow,
Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date:  _____          _____

*Signature of Clerk or Deputy Clerk*