IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>Plaintiff,<br><br>v.<br><br>ROCKY SHAY FRANKLIN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:22-CV-605-KFP<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Consent Motion to Extend Time (Doc. 23), it is ORDERED that the motion is GRANTED and that the deadline for Defendants MindGeek S.A.R.L, MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MH CY Holdings LTD, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd to respond to the Amended Complaint is extended to **February 10, 2023**.

The parties are warned that future motions seeking an extension of a deadline should be filed so that the Court has a reasonable opportunity to rule on the motion before the original deadline expires.

DONE this 5th day of December, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE