IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PLAINTIFF CV1 MOTHER, as Next )
Friend of and on behalf of PLAINTIFF )
CV1, a Minor Child, )
                                )
       Plaintiff, )
                                  )
v. )      CIVIL CASE NO. 2:22-cv-605-ECM
                                  )
ROCKY SHAY FRANKLIN, *et al.*, )
                                  )
       Defendants. )

# O R D E R

Now pending before the Court is Attorney Kathleen N. Massey's motion to withdraw as counsel for Defendants MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Inc., MindGeek Content RT Limited, 9219-1568 Quebec Inc., MG Billing Ltd, and MG CY Holdings Ltd. (Doc. 46). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw (doc. 46) is GRANTED.

DONE this 7th day of February, 2024.

                                  /s/ Emily C. Marks           
                               EMILY C. MARKS
                               CHIEF UNITED STATES DISTRICT JUDGE