IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL CASE NO. 2:22-cv-605-ECM<br>) |
| ROCKY SHAY FRANKLIN, *et al.*, | )<br>) |
| Defendants. | ) |

**O R D E R**

Before the Court is the parties' joint notice on status of settlement negotiations (doc. 45), in which the parties represent to the Court that they have agreed to mediate the case and that the first mediation session was tentatively scheduled for February 13, 2024. Upon consideration of the notice, and for good cause, it is

ORDERED that **on or before March 1, 2024**, the parties shall file a joint status report informing the Court of the status of their settlement discussions.

DONE this 28th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE