IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL CASE NO. 2:22-cv-605-ECM |
| ROCKY SHAY FRANKLIN, *et al.*, | )<br>) |
| Defendants. | ) |

**O R D E R**

For good cause, it is

ORDERED that a status conference is SET for **March 12, 2024 at 10:00 a.m.**, by telephone conference call. The parties shall be prepared to discuss the status of their settlement discussions and all other aspects of the case. The parties are DIRECTED to contact Cindy Sanders, the courtroom deputy for the undersigned, for the phone number and access code required to participate in the conference call.

The Clerk of the Court is DIRECTED to provide a court reporter.

DONE this 4th day of March, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE