IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:22-cv-605-ECM ) |
| ROCKY SHAY FRANKLIN, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

The Court held a status conference in this case on March 12, 2024. For the reasons stated at the status conference, and for good cause, it is

ORDERED that the pending motion to dismiss (doc. 25) is DENIED without prejudice with leave to refile if the parties' settlement negotiations are unsuccessful. It is further

ORDERED that the parties shall file joint status reports informing the Court of the status of their settlement negotiations **every 60 days, on or before the first day of the month, beginning on May 1, 2024**.

DONE this 12th day of March, 2024.

                                     /s/ Emily C. Marks
                                     EMILY C. MARKS
                                     CHIEF UNITED STATES DISTRICT JUDGE