**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II, LTD, a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation, MINDGEEK CONTENT RT LIMITED, a foreign entity; 9219-1568 QUEBEC, INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity; MG CY HOLDINGS LTD, a foreign entity,<br><br>    Defendants. | Civil Action No. 2:22-cv-605-ECM |

**JOINT STATUS REPORT**

Pursuant to the Court's March 12, 2024, Order, *see* ECF No. 53, Plaintiffs and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd (collectively, the "Parties"), by and through the undersigned counsel, jointly submit this status report informing the Court of the status of their settlement negotiations. The Parties have been in regular contact, and they have made substantial progress towards reaching a settlement. The Parties' settlement negotiations are ongoing.

DATED: May 1, 2024

RESPECTFULLY SUBMITTED,

*/s/ J. Parker Miller* (with consent)
J. Parker Miller
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Road; Suite 400
Atlanta, GA 30339
800-898-2034
parker.miller@beasleyallen.com

Clay M. Phillips
CLAY PHILLIPS LAW FIRM LLC
341 Mendel Parkway East
Montgomery, AL 36117
334-277-8753
clay@clayphillipslaw.com

**Attorneys for Plaintiffs**

*/s/ Sara M. Turner*
Sara M. Turner
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Shipt Tower
420 20th Street North, Suite 1400
Birmingham, Alabama 352013
smturner@bakerdonelson.com

**Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd**

2

**CERTIFICATE OF SERVICE**

I certify that on this day, May 1, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF and/or electronic mail and a copy was delivered via certified mail to the following pro se plaintiff:

Rocky Shay Franklin
Reg. No. 18075-002
FCI Marianna
Inmate Mail/Parcels
P.O. Box 7007
Marianna, FL 32447

*/s/ Sara M. Turner*
Sara M. Turner