# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II, LTD, a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation, MINDGEEK CONTENT RT LIMITED, a foreign entity; 9219-1568 QUEBEC, INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity; MG CY HOLDINGS LTD, a foreign entity,<br><br>    Defendants. | Civil Action No. 2:22-cv-605-ECM |

## JOINT STATUS REPORT

Pursuant to the Court's March 12, 2024 Order, *see* ECF No. 53, Plaintiff CV1 Mother and Plaintiff CV1 ("Plaintiffs") and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd ("Defendants," and collectively with Plaintiffs, the "Parties"), by and through the undersigned counsel, jointly submit this status report informing the Court of the status of their settlement negotiations. The Parties are in almost daily discussions concerning settlement negotiations and have made significant progress. Moreover, Plaintiffs' counsel has communicated he soon intends to file a motion for leave to substitute and amend the pleadings to substitute plaintiff CV1 as the sole and proper plaintiff while the Parties' negotiations continue.

DATED:  July 1, 2024

RESPECTFULLY SUBMITTED,

/s/ J. Parker Miller
J. Parker Miller
Houston W. Kessler
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Road; Suite 400
Atlanta, GA 30339
800-898-2034
parker.miller@beasleyallen.com
houston.kessler@beasleyallen.com

Clay M. Phillips
CLAY PHILLIPS LAW FIRM LLC
341 Mendel Parkway East
Montgomery, AL 36117
334-277-8753
clay@clayphillipslaw.com

**Attorneys for Plaintiffs**

/s/ Sara M. Turner
Sara M. Turner
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1901 Sixth Street North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

**Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd**

**CERTIFICATE OF SERVICE**

 I certify that on this day, July 1, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF and/or electronic mail.

 Rocky Shay Franklin
 FCI
 3625 FCI Road
 Marianna, FL 32446

               */s/ Sara M. Turner*
               Sara M. Turner