# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>Plaintiffs,<br>vs.<br><br>ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II, LTD; MINDGEEK USA INCORPORATED; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD; and MG CY HOLDINGS LTD,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>2:22-cv-00605-ECM-KFP |

AFFIDAVIT OF "CV1"

| | |
|---|---|
| STATE OF ALABAMA | ) |
| COUNTY OF MONTGOMERY | ) |

Before me the undersigned, a notary in and for the State of Alabama at Large, personally appeared under the pseudonym "CV1", who is known to me and who being by me first duly sworn under oath, testified as follows based on his personal knowledge:

1.      My name is "CV1", and I currently reside in the State of Alaska and am over the age of eighteen (18) years old. I am the person referenced under the pseudonym "CV1" in this case, and I am represented by attorneys J. Parker Miller of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and Clay Phillips of the Phillips Law Firm. I am making this

1

statement on my own free will, am of sound mind and am not under the influence of duress or any substance which would affect my ability to testify truthfully and accurately.

2. Earlier in the year, I made the decision to start a new life and move away from the State of Alabama and to the State of Alaska. Around February or March of 2024, I physically moved to Alaska. I now have a physical address in Alaska, receive my mail in Alaska, have a place of employment in Alaska, and have an Alaskan driver's license.

3. I intend to remain in the State of Alaska permanently, and I do not intend to return to Alabama.

4. I have consulted with my mother, who is listed under the pseudonym "CV1 Mother" in the Complaint, and she is supportive of my move and in my taking over as the "Plaintiff" in this case.

5. I do not have any mental or psychological issue that would prevent me from continuing in my role in this case, with the assistance of my counsel.

End of Affidavit.

Dated this 18 day of July, 2024

_CV1_____
Signed Under the Pseudonym "CV1"

2

STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

Before me, a Notary Public for the said County and State and who is physically in the State of Alabama and having verified the identity of the individual by viewing and acquiring a copy of the individuals state issued photo identification and who is known to me, hereby certify that the above-referenced person, whose name is signed under the pseudonym "CV1" to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of, and understanding, the contents of this document, he executed the same voluntarily on the day the same bears date.

Given under my hand this 18th day of July, 2024.

(SEAL)

Notary Public, State at Large
My commission expires: 03-27-2027