# Exhibit B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child, ) ) ) ) Plaintiffs, ) vs. ) ) ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., MG FREESITES, LTD, d/b/a "PORNHUB"; MG FREESITES II, LTD; MINDGEEK USA INCORPORATED; MINDGEEK CONTENT RT LIMITED; 9219-1568 QUEBEC, INC., d/b/a MINDGEEK; MG BILLING LTD; and MG CY HOLDINGS LTD, ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | Civil Action No. 2:22-cv-00605-ECM-KFP |

### AFFIDAVIT OF "CV1 Mother"

STATE OF ALABAMA         )
COUNTY OF MONTGOMERY     )

Before me the undersigned, a notary in and for the State of Alabama at Large, personally appeared under the pseudonym "CV1 Mother", who is known to me and who being by me first duly sworn under oath, testified as follows based on her personal knowledge:

1. My name is "CV1 Mother", and I am over the age of nineteen (19) years old. I am the person referenced under the pseudonym "CV1 Mother" in this case, and I am represented by attorneys J. Parker Miller of the law firm Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., and Clay Phillips of the Phillips Law Firm. I am making this statement on my own free will, am of

1

sound mind and am not under the influence of duress or any substance which would affect my ability to testify truthfully and accurately.

2. My son is the individual referred to in this matter as "CV1", and he is currently eighteen (18) years old and will turn nineteen (19) in November of this year. At the time that this lawsuit was filed, "CV1" was a resident of Alabama and was a minor child.

3. However, earlier this year around February or March of 2024, my son decided to move to Alaska to start his life over. I can confirm that he now has a physical address in Alaska, he receives his mail in Alaska, he is employed in Alaska, and he has an Alaskan driver's license.

4. My son has told me that he intends that Alaska be his permanent home, and that he does not wish to live in Alabama anymore.

5. I am supportive of his choice to move, and I am also supportive of his decision to carry on as the named "Plaintiff" in this matter.

6. To the best of my knowledge, "CV1" does not have any mental or psychological issues that prevent him from continuing on as the party Plaintiff in this case, along with the assistance of counsel.

End of Affidavit.

Dated this 18 day of July, 2024

_CV1 Mother_  _CV1 Mother_
Signed Under the Pseudonym "CV1 Mother"

2

STATE OF ALABAMA )
COUNTY OF MONTGOMERY )

    Before me, a Notary Public for the said County and State and who is physically in the State of Alabama and having verified the identity of the individual by viewing and acquiring a copy of the individuals state issued photo identification and whose identity is known to me, hereby certify that the above-referenced person, whose name is signed under the pseudonym "CV1 Mother" to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of, and understanding, the contents of this document, he executed the same voluntarily on the day the same bears date.

    Given under my hand this 18th day of _____July_____, 2024.

(SEAL)

Notary Public, State at Large
My commission expires: 03-27-2027

3