IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:22-cv-605-ECM ) |
| ROCKY SHAY FRANKLIN, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court are conflict disclosure statements filed by Plaintiff CV1 Mother ("Plaintiff"), as next friend of and on behalf of CV1, a minor child. (Docs. 7, 8).

Pursuant to the E-Government Act of 2002, as amended on August 2, 2002, and M.D. Ala. General Order No. 2:04mc3228, a minor child should be referred to only by his or her initials in public pleadings. Nonetheless, the Court must make a determination regarding conflicts, which it cannot do absent disclosure of the full name of the minor child whose interests are at issue in this case. Additionally, although the Plaintiff is proceeding pseudonymously, she nonetheless must disclosure her full name so the Court can assess potential conflicts. Accordingly, and for good cause, it is

ORDERED that **on or before July 29, 2024**, the Plaintiff shall file amended conflict disclosure statements disclosing the full names of the Plaintiff and the minor child, CV1, whose interests are at issue in this case.

DONE this 22nd day of July, 2024.

                    /s/ Emily C. Marks
                EMILY C. MARKS
                CHIEF UNITED STATES DISTRICT JUDGE