IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>　　　Plaintiff,<br><br>v.<br><br>ROCKY SHAY FRANKLIN, *et al.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL CASE NO. 2:22-cv-605-ECM<br>)<br>)<br>)<br>) |

**O R D E R**

Now pending before the Court is the Plaintiff's motion to file under seal and *in camera* (doc. 58) filed on July 23, 2024. The Plaintiff requests leave to file amended conflict disclosure statements pursuant to the Court's July 22, 2024 order (doc. 57) under seal and *in camera*. As grounds, the Plaintiff cites very legitimate concern about "publicly revealing the identify of CV1 Mother and CV1" in light of the allegations in this lawsuit. (*Id.* at 1).

It appears to the Court that the Plaintiff's concern centers on *publicly* revealing the identities of the Plaintiff and the minor child. To the extent the Plaintiff requests leave to file the amended conflict disclosure statements under seal so that they are not publicly accessible, the motion is due to be granted. To the extent the Plaintiff requests leave to file the amended conflict disclosure statements *in camera* so that they may not be viewed by the other parties in this case, the Plaintiff at this stage has failed to articulate a sufficient justification for not permitting these filings to be viewed by the other parties.

Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the Plaintiff's motion (doc. 58) is GRANTED to the extent that the Plaintiff may file the amended conflict disclosure statements under seal. The motion (doc. 58) is DENIED without prejudice to the extent the Plaintiff requests leave to file the statements *in camera*.

The Plaintiff is advised to contact the Clerk's Office for guidance regarding filing documents under seal.

DONE this 24th day of July, 2024.

                                            /s/ Emily C. Marks  
                                      EMILY C. MARKS  
                                      CHIEF UNITED STATES DISTRICT JUDGE