# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1 MOTHER, as Next Friend of and on behalf of PLAINTIFF CV1, a Minor Child,<br><br>     Plaintiffs,<br><br>     v.<br><br>ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MINDGEEK CONTENT RT LIMITED, a foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLINGLTD, a foreign entity; MG CY HOLDINGS LTD, a foreign entity,<br><br>     Defendants. | **UNDER SEAL**<br><br>Civil Action No. 2:22-cv-0605 |

## [REDACTED] AMENDED CONFLICT DISCLOSURE STATEMENT

The undersigned hereby submits the following disclosure statement for individual ███████████, who is also known under the pseudonym "Plaintiff CV1" in the above-captioned matter. In compliance with the Court's order, the Plaintiff makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

Done this 24th day of July, 2024.

/s/ Clay M. Phillips
CLAY M. PHILLIPS (ASB-1696-X72W)
Attorney for Plaintiffs

OF COUNSEL:

Clay M. Phillips
Clay Phillips Law Firm LLC
341 Mendel Parkway East
Montgomery, AL 36117
334-277-8753
clay@clayphillipslaw.com


J. Parker Miller
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Overlook II
2839 Paces Ferry Road; Suite 400
Atlanta, GA 30339
800-898-2034
parker.miller@beasleyallen.com
houston.kessler@beasleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via CM/ECF and/or electronic mail on this the 24th day of July 2024.

Anthony Penhale
Chief Legal Officer for Defendants
anthony.penhale@mindgeek.com

Sara Turner
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
Shipt Tower
420 20th Street North
Suite 1400
Birmingham, Alabama 35203
(205)328-8007
smturner@bakerdonelson.com
**Attorney for Defendants MindGeek S.A.R.L., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd**

Rocky Shay Franklin
FCI
3625 FCI Road
Marianna, FL 32446

>*/s/ Clay M. Phillips*_____
> CLAY M. PHILLIPS
> OF COUNSEL