EXHIBIT 1

Pornhub › Model Payment Program › Managing Your Account And Videos

# Modelhub and Selling Videos

- Getting Started
- Managing Your Account And Videos
  - Modelhub and Selling Videos
  - Troubleshooting and Issues
  - Setting Up Your Profile
  - Earnings and Payments
  - Video Uploads
- Optimizing Your Account

## What is Modelhub and how does it work?

Modelhub is a clip site designed for models from the ground up, powered by Pornhub.

That means you can now sell your content directly from your Pornhub account.

Since Modelhub is fully integrated, you will use the Pornhub account you already have.

To start making money on Modelhub, you have a couple of options:

1. Upload new videos to Modelhub, available for purchase only (no free streaming)
2. The content you have for sale on Modelhub can also appear on Pornhub Premium for a higher RPM than the usual Model Program rate
3. Set a price to charge for downloads on any of your free-to-stream content that's currently on Pornhub
4. Switch your Modelhub videos to free-to-stream at any time to start earning the regular Model Program rate
5. Sell subscriptions to your content with Fan Clubs
6. Take custom clip requests

We'll have lots of new stuff for you soon, including a merch store for selling physical goods. Stay tuned.

Keep 65% of your video sales (80% - 15% processing fee)

Keep 65% of your custom video sales.

Keep 80% of your tips (95% - 15% processing fee)

Keep 80% of your Fan Club subscription revenue.

Modelhub also supports 4K uploads, so get your best stuff out there.

Questions? Hit us up: models@pornhub.com

## Selling videos on Modelhub?

Sweet. You're signed up for Pornhub and you've monetized your videos on there already.

Now, how do you make even more money from your videos?

Easy - sell videos to your fans. Here's how it works:

**Choose Upload from the Pornhub header:**

upload.JPG

**Upload your video, and choose "For Sale" as the Privacy Setting:**

uploader2.png

**Choose your price.** (between $1 and $150 USD)

price.png

**Choose your price.** (between $1 and $150 USD)

![price.png]

**Choose whether it's viewable on Premium or not.** If you check this box, your video will be viewable by all Pornhub Premium members, whether they bought the clip or not, and you'll be eligible for Premium Viewshare revenue. Viewshare pays out a monthly rate per thousand views on your content and that rate is based on the program's performance in that particular month.

![viewpremium.png]

**That's it! You're done.**

**What else?**

You can change your videos from For Sale to Free at any time. Remember that your Free videos will still earn ad revenue from free viewers on Pornhub.

You can also set a pay to download price for your free videos in your Manage Videos tab.

4K uploads are fully supported!

**Compliance rules are a bit different.**

When selling your videos, the rules are a little bit different. Make sure that none of your vids will get taken down, by checking out the rules and regulations.

▲   Regulations for selling videos

Just like your free videos, there are rules about phrasing in titles when you're selling videos.

Due to payment processor regulations, the rules are a bit stricter.

Here's a list of words you can't use in your video titles. Also, if your videos contain any content that matches these descriptions, they'll be taken down as well.

List of banned words:

```
1 year old
1 years old
10 year old
10 years old
11 year old
11 years old
12 year old
12 years old
13 year old
13 years old
14 year old
14 years old
15 year old
15 years old
16 year old
16 years old
17 year old
17 years old
2 year old
2 years old
3 year old
3 years old
4 year old
4 years old
5 year old
5 years old
6 year old
6 years old
7 year old
7 years old
8 year old
8 years old
9 year old
```

```
5 years old
6 year old
7 year old
7 years old
8 year old
8 years old
9 year old
9 years old
Adopt
Adopted
Adoption
Adopts
Animal
Animals
asleep
asphyxiate
asphyxiated
asphyxiates
asphyxiating
asphyxiation
Beast
Beastial
beastialism
beastiality
beastliness
Bestial
bestiality
Blackmail
Blackmailed
Blackmailer
Blackmailers
Blackmailing
Blackmails
bled
bleed
bleeding
bleeds
blood
booze
brother sister
brutal
brutalisation
brutality
brutalization
brutalize
brutalized
brutalizes
brutalizing
brutally
btoher
caca
child
childhood
childlike
children
chld
chloroform
chloroformed
chloroformic
chloroforming
chloroformism
chloroforms
Chlorophormic
coprophilia
coprophiliac
coprophilic
coprophilism
coprophilous
daddy
daddy brother
daddy daughter
daddy sister
daughter brother
deepfake
deepfakes
drug
drugged
drugging
drugs
drunk
drunken
Drunkeness
```

```
deepfakes
drugged
drugging
drugs
drunk
drunken
Drunkeness
drunkenly
drunkenness
Drunks
Extreme Bondage
Extreme Pain
Faded
father brother
father daughter
father sister
force
forceable
forced
forcedly
forceful
forcefully
forcer
forces
forcible
forcing
forcingly
gangrape
gangraped
Hypno
hypnosis
hypnotism
hypnotize
hypnotized
hypnotizes
hypnotizing
incapacitate
incapacitated
incapacitates
incapacitating
incapacitation
incest
incestuous
incestus
infancy
infant
infanthood
Infantile
infantilization
infantlike
infants
intoxicable
intoxicate
intoxicated
intoxicates
intoxicating
intoxication
intoxicative
intoxicator
kid
kid fucking
kid fucks
kid porn
kid sex
kiddie
kiddy
kids
Liquored
Little Boy
Little Boys
Little Girl
Little Girls
little kid
little kids
lolita
Lolitas
Minor
molest
molestation
molested
molester
```

```
lolita
Minor
molest
molestation
molested
molester
molesting
molests
murder
murdered
murderer
murdering
murders
mutilate
mutilated
mutilates
mutilating
mutilation
mutilator
necromania
necrophile
necrophilia
necrophiliac
necrophilic
necrophilism
paedo
paedophile
paedophilia
paedophiliac
pass out
passed out
Passes out
passing out
pedo
pedofilia
pedophile
pedophilia
pedophiliac
Poop
preteen
preteens
puke
puked
pukes
puking
punishbox
quasi-unconscious
r.a.p.e
rapable
rape
rapeable
raped
raper
rapes
raping
rapist
scat
school kid
sedate
sedated
sedately
sedateness
sedates
sedating
sedation
Shit
slave
sleep
sleeping
sleeps
sleepy
slept
small kid
Teeny Bopper
Teeny-bopper
Teenybopper
tentacle
Tentacled
tentacles
Tipsy
Twin
```

```
Teeny-bopper
tentacle
Tentacled
tentacles
Tipsy
Twin
Twins
unconscious
unconsciously
unconsciousness
under 1 boy
under 1 girl
under 1 porn
under 1 sex
under 10 boy
under 10 girl
under 10 porn
under 10 sex
under 11 boy
under 11 girl
under 11 porn
under 11 sex
under 12 boy
under 12 girl
under 12 porn
under 12 sex
under 13 boy
under 13 girl
under 13 porn
under 13 sex
under 14 boy
under 14 girl
under 14 porn
under 14 sex
under 15 boy
under 15 girl
under 15 porn
under 15 sex
under 16 boy
under 16 girl
under 16 porn
under 16 sex
under 2 boy
under 2 girl
under 2 porn
under 2 sex
under 3 boy
under 3 girl
under 3 porn
under 3 sex
under 4 boy
under 4 girl
under 4 porn
under 4 sex
under 5 boy
under 5 girl
under 5 porn
under 5 sex
under 6 boy
under 6 girl
under 6 porn
under 6 sex
under 7 boy
under 7 girl
under 7 porn
under 7 sex
under 8 boy
under 8 girl
under 8 porn
under 8 sex
under 9 boy
under 9 girl
under 9 porn
under 9 sex
under age
under aged
underage
underaged
unwilling
unwillingly
unwillingness
```

```
under 9 sex
underage
underaged
unwilling
unwillingly
unwillingness
vomit
vomited
vomiting
vomits
Wasted
year kid
young kid
420
blunt
bowl
bud
buds
buddha
buzz
cess
chronic
cones
drugs
drugs,haze
grass
haze
herb
joint
kush
kush,bud
kush,mary jane,haze,stoned
mary jane
mary jane,haze
pot
speed
speed,haze
stoned
weed
```

## ▲ Modelhub rank and Top Earners

On your profile page, you'll see a number at the top left marked "Modelhub Rank."



16 Modelhub Rank    467,518 Subscribers

Your Modelhub Rank is calculated on a daily basis. It is an algorithm that takes into account a combination of how you are performing with your Modelhub sales (including Video Sales, Tips, Fan Club Subscriptions and Custom Video sales) as well as how active you are on your profile and uploading new content. Previews of your videos on Modelhub will also help your Modelhub Rank. You will receive a rank as soon as you have earnings of any of those products, and your rank will increase the more that you sell.

The Top 20 Earners on Modelhub for a given month will earn a cash bonus.

The Top Earners ranking is based purely on sales for the given month. For example, the Top Earner for November is whoever made the most sales (in dollars) for the month of November. This ranking is separate from your Modelhub Rank.

Check your Top Earner status on your Modelhub Settings page.

Being part of the Model Program also makes you eligible to win Monthly and Annual Awards and participate in our Model contests.

## ▲ Upcoming Modelhub features

We're always working on new tools and features to help you succeed.

Here's just a small taste of what we have coming up for you:

**Video Sorting (On Model Profile Page on Modelhub)**

Your fans will have improved sorting tools, which will help them find the exact video they wanna buy.

**Video Manager Upgrades**

We're building advanced tools for your video manager to help you filter and sort your content, and improving the range of

Your Modelhub Rank is calculated on a daily basis. It is an algorithm that takes into account a combination of how you are performing with your Modelhub sales (including Video Sales, Tips, Fan Club Subscriptions and Custom Video sales) as well as how active you are on your profile and uploading new content. Previews of your videos on Modelhub will also help your Modelhub Rank. You will receive a rank as soon as you have earnings of any of those products, and your rank will increase the more that you sell.

The Top 20 Earners on Modelhub for a given month will earn a cash bonus.

The Top Earners ranking is based purely on sales for the given month. For example, the Top Earner for November is whoever made the most sales (in dollars) for the month of November. This ranking is separate from your Modelhub Rank.

Check your Top Earner status on your Modelhub Settings page.

Being part of the Model Program also makes you eligible to win Monthly and Annual Awards and participate in our Model contests.

### Upcoming Modelhub features

We're always working on new tools and features to help you succeed.

Here's just a small taste of what we have coming up for you:

**Video Sorting (On Model Profile Page on Modelhub)**

Your fans will have improved sorting tools, which will help them find the exact video they wanna buy.

**Video Manager Upgrades**

We're building advanced tools for your video manager to help you filter and sort your content, and improving the range of stats and metrics you'll see. You'll also be able to create coupon codes, and give a specific user free access to a paid video (if you want to!)

**Modelhub Rank**

We're implementing a full Modelhub ranking system, so you'll have a better idea of how your content is performing.

**Modelhub Stats**

Expect lots of detailed metrics like video views, ranking, revenue, and tons more.

### Video views on Modelhub

The views you see on your Modelhub videos are different than on your Pornhub videos.

On Modelhub, the "views" you see are video previews, meaning users who watched the short preview of your for-sale clip. These previews don't earn any ad revenue like views on Pornhub do.

If you also allowed your Modelhub video to be viewed on Pornhub Premium, you will earn revenue for each time your video is viewed by a Premium user. Those earnings will be broken down in your Earnings tab. More on Viewshare right here.

Please note that on Modelhub, you only get paid when someone buys your video or sends you a tip - you won't make any money for previews.

Was this article helpful?
0 out of 0 found this helpful



© Pornhub