EXHIBIT 2

# Pornhub

## MODEL PAYMENT PROGRAM

## How to Succeed

# VIDEO SPECS





## Basic Video Specs

Accepted File Formats:
AVI, WMV, MP4, MPG or MOV
Maximum File Size: 10GB
Optimal Frame Rate: 30-60 FPS
Bitrate: Min 1500 kb/s
Recommended 8000 kb/s
Aspect Ratio: 16:9 Widescreen
Video Resolution: Recommended
1920 x 1080

## Additional VR Specs

Projection Type:
Equirectangular 360, Equirectangular 180, Equidistant 180  3D or 2D
Over-Under-LR, Over-Under-RL, Side-By-Side-LR, Side-By-Side-RL
Bitrate: Min 1500 kb/s Recommended 12,000 kb/s
Video Resolution: Recommended 2160p (1080 Per Eye)

## Aspect Ratio

Upload content in either landscape (16:9) or portrait (9:16)
When editing videos that are filmed in portrait, do not add in a pre or post roll that is 16:9. Doing so would add black bars around your video
When filming with a phone, film in landscape! Do not start in portrait and then flip halfway though.

# VIDEO QUALITY



## Size Matters

Videos over 10 minutes are more likely to get featured and make more money.

Make sure your video has a beginning, middle and end! Videos without a cumshot/orgasm tend to leave viewers unsatisfied and can lead to lower ratings



## Visuals

Use good lighting and a camera with decent resolution to catch all the sexy action

Make sure your camera is stable and in focus



## Audio

Users want to hear the action as well, so make sure to have quality audio

Only use royalty free music, or music that you have licensed in your videos

For more tips on equipment and editing, check out the How to Succeed section of our helpdesk!

help.pornhub.com

# HOW TO UPLOAD A VIDEO

 Click the Upload Button and select the video you want to upload

 Verify that you are in the video

 Give your video effective and accurate metadata
Use up to 16 tags and 8 categories

 Choose when the video will go live (either a future date or as soon as the video is done encoding)

 Save and stay on the page until you get a notice saying the video has been uploaded succesfully





# WHAT PRIVACY TO CHOOSE







## Ad Revenue Video

## For Sale Video

## Fan Club

**Public**, **Private** (only your Friends can see the video) or **Unlisted** (only those with the direct link can see the video). You can add a download price to the video in your video manager post upload.

**For Sale**
Choose a price between $0.99-$150 Choose if the video will be viewable on Premium for a Viewshare RPM. If you don't have one already, this will create a Modelhub profile for you

**Fan Only**
Your video (or ablum) will only be visible to active members of your fan club

# EFFECTIVE METADATA

 **DO**
- Use up to 16 tags that describe the video, performers, fetish, action and cumshot
- Select up to 8 relevant categories
- When applicable, use niche specific categories to ensure your content is visible to the right fans
- Write a creative title that describes the scene
- Add your stage name to the title of your video

 **DON'T**
- Don't use the minimum amount of tags/categories available
- Do not tag/categorize/title your content with actions/story lines that are not present in the video. This could lead to removal of earnings

## Auto Categories

All model videos will receive the Verified Model (professional models) or the Verified Amateur (amateur models) category post upload.

If you are an exclusive model, your video will also receive the Exclusive category automatically

## Top Searches

You can find a list of the top search terms on Pornhub on our helpdesk! help.pornhub.com

## Are you a Pornstar?

If you are a professional model and have a Pornstar page, make sure to tag yourself in your video! If you do not have a Pornstar page, email us to see if you are eligible!



# VIDEO MANAGER

## For Sale Videos

- Change the video to an Ad Revenue video by changing the privacy to Public
- Ability to add the video to Pornhub Premium for a viewshare RPM (or remove the video from Pornhub Premium)
- Made a mistake? You can edit the title of your video
- Add or edit your video description
- Add, schedule or remove a discount code
- Remember to save any of your changes!

## Ad Revenue Videos

- Change the privacy of the video to Private or Unlisted (if your video is featured, you will have to contact Model Support to change the privacy)
- Made a mistake? You can edit the title of your video
- Add a download price for the video
- Remember to save any of your changes!





# VIDEO MANAGER CONTINUED

## Thumbnails

In your video manager your can choose a thumbnail from one of the 16 pre-generated images.

If you want more options, you can click on Regenerate Different Thumbnails

You can also upload a custom thumbnail (if the video is For Sale or has a download price)

The custom thumbail needs to be 640x360

The action present in the custom thumbnail needs to be present in the video

If you are going to include text in the thumbnail, make sure that it covers no more than 2/3 of the image

Thumnails that are clear and show sexy action perform better!





## Action Tags

Action tags are action specific tags that are time stamped. This helps users get to the action that they want to see.

## Playlists

You can add videos to playlists.
We recommending building themed playlist with all of your content (ex: a playlist with all of your anal videos, a playlist with all of your POV videos)

## Stats

On your video manager you will also find the following stats for each video:
Views
Sales
Votes
Favorites
Comments
Playlist Additions



# CUSTOM VIDEOS

You have control of what you want to offer in your custom videos, and for what price.

Add a description, base price, duration options, quality options, actions and turn around time along with the additional charge for each.

The defaults included for custom videos are the duration of 5 minutes and the turn around time of 3-4 weeks.

You can add any extra options for free ($0) or with an additional charge.

When you have a custom video request, you will receive a notification and an email asking you to approve or deny the request.

Once the request is approved, we will send reminder emails to ensure the video is completed in time!

You can upload your finished custom video by clicking on Review button next to the custom video order.

pornhub.com/model/modelhub/custom

**Order A Custom Video From Jane Doe**

**Description**
Hello, and thank you for viewing my order form! This is the form for BG/couple content.

"Say my name" is available for people who purchase Exclusive viewership to the video! Please state in the video description if you would like for your name to be said.

You are handing over rights to the video once it is made. I will redistribute the video as I see fit. If you would like the video to remain exclusive for your eyes only, there is an additional option for this, but you still may not redistribute this video. I retain rights over all videos I create.

**Producer Notes *** — 1500 Characters Left
Please describe the scene of your fantasies.

**Base Price** — $300.00

| Film Duration * | | Resolution * | | Delivery Time * | |
|---|---|---|---|---|---|
| ■ 5 minutes | Included | ■ Standard (included) | Included | ■ 3-4 weeks (included) | Included |
| ☐ 10 minutes | Included | ☐ HD 720 | Included | The delivery time will be calculated once the model accepts your order, up to 7 days after your request is submitted. | |
| | | ☐ HD 1080 | Included | | |
| | | ☐ 4K | $100.00 | | |

**Extras**

| | | | | | |
|---|---|---|---|---|---|
| ■ Anal | $100.00 | ☐ Ass Worship | $50.00 | ☐ Armpit Fetish | $25.00 |
| ☐ Creampie | Included | ☐ Cum on Face | Included | ☐ Cum in Mouth | Included |
| ☐ Cum on Tits | Included | ■ Wear a collar and or leash | $25.00 | | |

**Tip**
25

**Total** — $550.00

Checkout

# SETTING UP YOUR FAN CLUB

Models can create paid subscriptions, called Fan Clubs, that your fans and customers can sign up for. There's a monthly fee for the customer, and it gives them access to extra discounts, fan only content, messaging, and more.

You're 100% in control of what's included in the Fan Club, and at what price. Give your fans videos, photos, discounts, full access to all of your for sale videos, or anything else you can think of.

You can disable your Fan Club at any time so no new Fans can follow you. Fans who are already subscribed will continue to renew.

Set the price that you want members to pay per month to access your Fan Club (between $0.99-$150). Then choose what your Fan Club is going to include.

You can add Other Perks that we don't currently have listed, as long as it is legal!



pornhub.com/model/modelhub/fanclub

# EARNINGS



## Sold Services

You can find a list of all of your sold services (tips, video sales, fanclub subscriptions and custom videos) on your Modelhub tab pornhub.com/model/modelhub/earnings

## Updates Daily

The earnings update daily. For Ad Revenue , the earnings are always calculated one day behind. Example, the earnings made on views incurred on Tuesday will appear in your earnings table on Wednesday.

## Payment Information

You can update your address and payment information at any time in your model settings tab. Make sure this information is correct prior to the end of the month to ensure no lost payments! pornhub.com/model/settings

**Free Video Earnings**
The ad revenue made within the given month

**Viewshare Video Earnings**
The viewshare revenue made within the given month

**Video Counts**
The video counts on your earnings table show the amount of videos that made money within the given month.

**Modelhub Earnings**
The revenue made on Modelhub sales, Fan Club subscriptions and Custom Videos within the given month

**Other Earnings**
Any referral bonuses, tips or prize winnings

**Last Payout :** The total amount of your last payment
**Date Processed:** The date your last payment was processed
**Pending Payout:** The payment that is currently being sent to you (will only appear when there is a payment processing)
**Current Balance:** The pending balance you have in your account (not including any payment that is currently being processed)

pornhub.com/model/payments

# MODEL SETTINGS



### Additional Performers

When you are working with others, whether performers or producers, you must always take all necessary actions to protect both yourself and your content. We strongly recommend you use the co-performer agreement in your settings tab as well as upload 2 IDs for your additional performers.



### Default Download Settings

You can set a default setting for your downloads on all newly uploaded, free to view videos. You can choose to block downloads, charge a default price for downloads or allow downloads for free.



### Twitter Intergration

You can enable automatic tweets for whenever you make a sale, upload a video, when a new fan joins your Fan Club and when new Fan Only content is posted. You can also set a limit of the amount of tweets per day.

pornhub.com/model/settings

# PERSONAL INFO



## Attributes

You can add in information about yourself, such as your background, personal traits and measurements in your attributes tab to help new fans find you

pornhub.com/model/attributes



## Birthday & Social Links

You can add your birthday (this will show publicly) as well as your social links, Modelhub URL and FanCentro name in your user settings

pornhub.com/user/edit



## Geoblocking

We offer you the ability to block your videos and your profile page from showing up certain countries. Only video content will be blocked. Thumbnails and previews may still be shown in the blocked country.

pornhub.com/model/geo



# SELF PROMOTION

- Be sure to promote your profile and content on your social media platforms
- Tag @pornhubmodels or @modelhub in your tweets about your Pornhub content for a chance to be re-tweeted
- Do polls with your fans to find out what type of video they want next or what thumbnail you should use
- Offer deals or subscriber goals to entice followers to check out your Pornhub page
- Uploading picture sets, tributes and behind the scene shots helps to keep your fan base enticed in-between uploads






# What NOT to Do

- Don't spam users with video links or copy pasted messages in the comment section or in direct messages. This might trigger our spam filters!
- Posting your cam links are fine, but please don't over do it.
- Quality over quantity! Posting a bunch of short clips won't do as well as a few longer, better quality videos.
- Don't upload content that you do not have the rights to. This will lead to removal of content, withheld earnings and banning.
- Don't harass other users!
- Tagging/titling/categorizing videos incorrectly can lead to a loss of earnings.
- Do not post duplicate videos or multiple cuts of the same scene. Doing so will result in a warning and multiple infringements can lead to being banned from the program.

# WHERE TO GET HELP



## Help Button on Pornhub

When you are on any of your Model tabs, you will see a little help button on the bottom right hand corner. You can use this button to search articles on our helpdesk or send us an email. Be sure to include your username, the email address associated with your account and all relevant information/screenshots



## Contact Form

Use the support contact form for any Model Program questions.
Be sure to select Model Program as the type of query to ensure a quick reply as well as the Support Type most relevant to your question.
pornhub.com/support



## Twitter

Follow @PornhubHelp for any program updates. You can also DM us if you have any quick questions.

Any long form questions should be sent via the contact form, or directly via email to models@pornhub.com