EXHIBIT 3



step daughter step dad

All    **Videos**    Images    News    Shopping    More        Settings    Tools

About 66,300,000 results (0.44 seconds)

### Step Father and Step Daughter - Pornhub.com
https://www.pornhub.com/view_video.php?viewkey=1374107618



Mar 30, 2014 - Uploaded by pilzlo
Watch **step father** and **step daughter** on Pornhub.com, the best hardcore porn site. Pornhub is home to the ...

### REAL STEPDAD FUCKS HER YOUNG STEP DAUGHTER AND ...
https://www.pornhub.com/view_video.php?viewkey=ph5b784430edffe



Aug 18, 2018 - Uploaded by nuribbwrush
Watch REAL **STEPDAD** FUCKS HER YOUNG **STEP DAUGHTER** AND CUMS INSIDE HER on Pornhub.com ...

### Step Daughter Fucks her Step Dad - Pornhub.com
https://www.pornhub.com/view_video.php?viewkey=1304745254



Mar 18, 2015 - Uploaded by Unknown
Watch **Step Daughter** Fucks Her **Step Dad** on Pornhub.com, the best hardcore porn site. Pornhub is home to ...

### Step Dad and Step Daughter Fuck - Pornhub.com
https://www.pornhub.com/view_video.php?viewkey=97524656 ▾



Jul 17, 2017 - Uploaded by Unknown
Watch **Step dad** and **step daughter** fuck on Pornhub.com, the best hardcore porn site. Pornhub is home to the ...

### Stepdad Cries When Stepdaughter Gives Him Adoption Papers as a ...
https://www.youtube.com/watch?v=XVZpgWNJLds

Sep 13, 2017 - Uploaded by Inside Edition