Exhibit 5







