Exhibit 6



