IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PLAINTIFF CV1, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:22-cv-605-ECM |
| | ) | |
| ROCKY SHAY FRANKLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 12, 2024, this Court entered an Order which required the parties to "file joint status reports informing the Court of the status of their settlement negotiations **every 60 days, on or before the first day of the month, beginning on May 1, 2024**." (Doc. 53) (emphasis in original). The parties' last joint status report was due on or before September 1, 2024. To date, the parties have failed to file this status report. Accordingly, it is

ORDERED that **on or before September 18, 2024**, the parties shall SHOW CAUSE in writing why they failed to file a status report in accordance with the Court's Order.

DONE this 11th day of September, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE