IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:22-cv-00605 |
| | ) |
| ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II LTD, a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation; MINDGEEK CONTENT RT LIMITED, a foreign entity; 9219-1568 QUEBEC INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity; MG CY HOLDINGS LTD, a foreign entity, | ) ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## THE PARTIES' RESPONSE TO THE COURT'S SHOW CAUSE ORDER AND STATUS UPDATE REGARDING LITIGATION

Plaintiff CV1 ("Plaintiff"), and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd ("Defendants," and collectively with Plaintiff, the "Parties"), by and through the undersigned counsel, jointly submit this response to the Court's Order (Doc. 68) concerning a status update in the above-referenced matter.

With respect to the required status update, the Parties continue to make progress in their settlement negotiations.

With respect to the Court's Order to Show Cause, the Parties acknowledge that the status report was not timely filed. Looking back, the Parties attribute the untimely filing to an honest miscommunication between the Parties coupled with the deadline falling on a holiday weekend (Labor Day). The Parties could provide more detail, but they instead apologize to the Court for this untimely filing and represent that they will ensure future reports are compliant with the Court's Orders and filed in a timely manner.

DATED:  September 12, 2024

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| */s/ J. Parker Miller* | */s/ Sara M. Turner* |
| J. Parker Miller | Sara M. Turner |
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC |
| Overlook II | 1901 Sixth Street North |
| 2839 Paces Ferry Road; Suite 400 | Suite 2600 |
| Atlanta, GA 30339 | Birmingham, Alabama 35203 |
| 800-898-2034 | smturner@bakerdonelson.com |
| parker.miller@beasleyallen.com | **Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd** |
| houston.kessler@beasleyallen.com | |
| | |
| Clay M. Phillips | |
| CLAY PHILLIPS LAW FIRM LLC | |
| 341 Mendel Parkway East | |
| Montgomery, AL 36117 | |
| 334-277-8753 | |
| clay@clayphillipslaw.com | |
| **Attorneys for Plaintiffs** | |

## CERTIFICATE OF SERVICE

I certify that on this day, September 12, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF and/or electronic mail.

Rocky Shay Franklin
FCI
3625 FCI Road
Marianna, FL 32446

*/s/ J. Parker Miller*
J. Parker Miller