IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CV1,<br><br>      Plaintiffs,<br><br>vs.<br><br>ROCKY SHAY FRANKLIN, an individual; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD, d/b/a "PORNHUB", a foreign entity; MG FREESITES II, LTD, a foreign entity; MINDGEEK USA, INCORPORATED, a Delaware corporation, MINDGEEK CONTENT RT LIMITED, a foreign entity; 9219-1568 QUEBEC, INC. d/b/a MINDGEEK, a foreign entity; MG BILLING LTD, a foreign entity; MG CY HOLDINGS LTD, a foreign entity,<br><br>      Defendants. | Civil Action No. 2:22-cv-605-ECM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff CV1 ("Plaintiff") and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd ("Defendants," and collectively with Plaintiff, the "Parties"), by and through the undersigned counsel, and jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice as to all parties except for Rocky Shay Franklin, each dismissed party to bear their own costs, expenses, and fees. The dismissal as to the relevant parties shall be effective upon filing of this joint stipulation.

Respectfully submitted this the 24th day of October, 2024.

06494-00005/15252016.1

DATED: October 24, 2024

RESPECTFULLY SUBMITTED,

*/s/ J. Parker Miller*
J. Parker Miller
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Overlook II
2839 Paces Ferry Road; Suite 400
Atlanta, GA 30339
800-898-2034
parker.miller@beasleyallen.com

Clay M. Phillips
CLAY PHILLIPS LAW FIRM LLC
341 Mendel Parkway East
Montgomery, AL 36117
334-277-8753
clay@clayphillipslaw.com

**Attorneys for Plaintiff**

*/s/ Sara M. Turner*
Sara M. Turner
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1901 Sixth Street North
Suite 2600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 322-8007
smturner@bakerdonelson.com

**Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd**

## **CERTIFICATE OF SERVICE**

I certify that on this day, October 24, 2024, a copy of the foregoing was served on all counsel of record via CM/ECF and/or electronic mail.

Rocky Shay Franklin
FCI
3625 FCI Road
Marianna, FL 32446

                                              */s/ Sara M. Turner*
                                              Sara M. Turner