IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLAINTIFF CV1, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-cv-605-ECM |
| ) | |
| ROCKY SHAY FRANKLIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Before the Court are a joint stipulation of dismissal with prejudice (doc. 70) filed by the Plaintiff and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd (collectively, "MindGeek Defendants"); and the Plaintiff's notice of voluntary dismissal of Defendant Rocky Shay Franklin (doc. 71).

The Plaintiff and the MindGeek Defendants stipulate that all claims against the MindGeek Defendants are dismissed with prejudice, with each party to bear their own costs. The Court construes the joint stipulation (doc. 70) as a motion pursuant to Federal Rule of Civil Procedure 41(a)(2) and find the parties' terms to be proper. Moreover, the Court has reviewed the notice of voluntary dismissal of Defendant Rocky Shay Franklin (doc. 71) and finds that it comports with Rule 41(a)(1)(A)(i). Accordingly, upon consideration of the motion and the notice, and for good cause, it is

ORDERED as follows:

1. The stay previously entered in this case is LIFTED;

2. The motion (doc. 70) is GRANTED, and this action is DISMISSED with prejudice as to Defendants MindGeek S.à.r.l., MG Freesites Ltd, MG Freesites II Ltd, MindGeek USA Incorporated, MG CY Holdings Ltd, MindGeek Content RT Limited, 9219-1568 Quebec Inc., and MG Billing Ltd, with each party to bear their own costs;

3. This action is DISMISSED without prejudice as to Defendant Rocky Shay Franklin by operation of Rule 41, with each party to bear their own costs;

4. All pending motions are DENIED as moot, and all pending deadlines and hearings are terminated;

5. The Clerk of the Court is DIRECTED to close this case.

DONE this 28th day of October, 2024.

                                                /s/ Emily C. Marks  
                                                EMILY C. MARKS  
                                                CHIEF UNITED STATES DISTRICT JUDGE